UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-107 |
| | ) | (VARLAN/SHIRLEY) |
| WENDALL BLAINE SCHAFFER, | ) | |
| | ) | |
| Defendant. | ) | |

**PRETRIAL ORDER**

This action came before the Court pursuant to a telephone conference on

November 30, 2005 in which Tracee Plowell as counsel for the government and Gerald L.

Gulley, Jr. as counsel for the defendant, indicated that this Pretrial Order could be entered

without the necessity of a formal hearing or pretrial conference.

**I.**

There are no pending motions in this case.

**II.**

Trial procedures to be followed in this case are as follows:

(a) **Jury Selection**.  The Court will conduct a preliminary voir dire examination

of the jury, and then counsel will be permitted to conduct voir dire examination.  The Court

reserves the right to interrupt counsel and conduct voir dire on its own if counsel ask improper

questions or if the proceedings are unnecessarily prolongated.

(b) **Peremptory Challenges**.  Under  Fed. R. Crim. P. 24(b)(2), the defendant is

entitled to ten peremptory challenges and the government is entitled to six.

(c) **Novel Legal Issues for the Court**.  No novel or unusual legal issues were

identified as of this time

.                     (d) **Novel Evidentiary Issues for the Court**.  No novel or unusual evidentiary

problems were identified as of this time.

(e) **Special Requests for Jury Instructions**.  If counsel have any special requests

for instructions to the jury, the same shall be filed at least five (5) working days before trial.

(f) **Additional Motions**.  No more motions, other than motions in limine, will be

allowed to be filed in this cause of action by either side without prior leave of Court to do so,

since the motion cut-off date has passed.  All motions in limine must be filed at least five (5)

working days before trial.  Responses to motions in limine are due at least two (2) working days

before trial.

(g) **Admissions and Stipulations**.  Counsel should meet in advance of trial and

carefully review the trial exhibits with a view toward stipulating the admissibility of as many

exhibits as possible. Any admissions and stipulations of fact to be used at trial shall be signed by

Defendant's attorney and the Defendant and filed at least five (5) working days before trial.

(h) **Courtroom Decorum**.  Counsel are encouraged to familiarize themselves

with Local Rule 83.3 and ensure that their clients are familiar with the contents of this rule.

2

**III.**

This case will be set for trial before the Honorable Thomas A. Varlan and a jury,

to commence at **9:00 a.m. on December 19, 2005**.

If counsel have any objections to this Pretrial Order, such objection should be

taken up pursuant to Local Rule 72.4(b), EDTN.

**IT IS SO ORDERED.**

**ENTER:**

<u>  s/ C. Clifford Shirley, Jr.  </u>
United States Magistrate Judge

3