UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-107 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| WILLIAM BLAINE SCHAFFER | ) | |

MEMORANDUM AND O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(c) for disposition or report and recommendation regarding disposition by the district court as appropriate.

This matter came before the undersigned on a telephone conference call on August 21, 2006, on defendant's Motion to Continue Hearing [Doc. 47]. Tracee Plowell, Assistant United States Attorney, was present telephonically representing the government and Boyd Venable was present telephonically representing the defendant.

Counsel for the defendant requested that the hearing on the Motion to Suppress [Doc. 36] and the Motion to Dismiss [Doc. 39], scheduled for August 22, 2006, be continued until the Court rules on the defendant's Motion for Discovery [Doc. 40]. The Court felt that the motion was not well-taken and denied the motion.

Therefore, the Motion to Continue Hearing **[Doc. 47]** filed August 21, 2006, is hereby **DENIED.**

IT IS SO ORDERED.

                                s/ C. Clifford Shirley, Jr.
                                United States Magistrate Judge